| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|

**FINANCIAL DISCLOSURE REPORT**

Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Messitte, Peter J | U.S. District Court-Maryland | 5/3/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ○ Nomination, Date <br> ○ Initial ● Annual ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 6500 Cherrywood Lane <br> Greenbelt, MD 20770 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/03 | Pension Plan - State of Maryland Judiciary |

RECEIVED May 17 12 05 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Messitte, Peter J | 5/3/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/01/0 | Pension Payments - State of Maryland Judiciary | 41,528.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Associacao Paulista de Magistrados | March 31 - April 4, Sao Paulo, Brazil - Conference on Intellectual Property Law (Transportation, Food, and Hotel) |
| 2. | Interamerican Press Association | May 13-16, Santiago, Chile - Conference on Judiciary & the Press (Transportation, Food, and Hotel) |
| 3. | Stetson University Law School | August 25-26, Fortaleza, Ceara, Brazil - Meet with State Judiciary (Food and Hotel) |
| 4. | Interamerican Press Association | August 27-29, Sao Paulo, Brazil - Conference on Judiciary & the Press (Transportation, Food, and Hotel) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Messitte, Peter J | 5/3/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of America | A | Interest | J | T | | | | | |
| 2. Legg Mason Wood Walker IRA (same as #3 through #26) | | | | | | | | | |
| 3. Legg Mason Value Trust (as of 12/31/03) | A | Dividend | L | T | -- | | | | |
| 4. Legg Mason Special Investment Trust | A | LTCG | L | T | | | | | |
| 5. Legg Mason Special Investment Trust | | | | | Buy | 12/2 | J | | |
| 6. Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 7. Euro Pacific Growth Fund | | | | | Buy | 12/22 | J | | |
| 8. Washington Mutual Investors Fund | A | Dividend | L | T | | | | | |
| 9. Washington Mutual Investors Fund | | | | | Buy | 4/25 | J | | |
| 10. Washington Mutual Investors Fund | | | | | Buy | 6/24 | J | | |
| 11. Washington Mutual Investors Fund | | | | | Buy | 9/23 | J | | |
| 12. Washington Mutual Investors Fund | | | | | Buy | 12/23 | J | | |
| 13. Pimco Total Return Fd. | A | Dividend | K | T | | | | | |
| 14. Pimco Total Return Fd. | | | | | Buy | 1/2 | J | | |
| 15. Pimco Total Return Fd. | | | | | Buy | 2/3 | J | | |
| 16. Pimco Total Return Fd. | | | | | Buy | 3/3 | J | | |
| 17. Pimco Total Return Fd. | | | | --- | Buy | 4/1 | J | | |
| 18. Pimco Total Return Fd. | | | | | Buy | 5/1 | J | | |



1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Pimco Total Return Fd. | | | | | Buy | 6/2 | J | | |
| 20. Pimco Total Return Fd. | | | | | Buy | 7/1 | J | | |
| 21. Pimco Total Return Fd. | | | | | Buy | 8/1 | J | | |
| 22. Pimco Total Return Fd. | | | | | Buy | 9/2 | J | | |
| 23. Pimco Total Return Fd. | | | | | Buy | 10/1 | J | | |
| 24. Pimco Total Return Fd. | | | | | Buy | 11/3 | J | | |
| 25. Pimco Total Return Fd. | | | | | Buy | 12/1 | J | | |
| 26. Pimco Total Return Fd. | | | | | Buy | 12/11 | J | | |
| 27. Chevy ChaseBank (formerly Chevy Chase FSB) Chevy Chase, MD | A | Interest | K | T | | | | | |
| 28. Heritage Housing Assoc. Waterloo, IA | A | Rent | K | W | | | | | |
| 29. SunTrust Bank, Chevy Chase, MD | A | Interest | J | T | | | | | |
| 30. Sears Common Stock | A | Dividend | J | T | | | | | |
| 31. DID Venture(5% LTD Ptnership. int. in apt.) Chicago, IL | A | Rent | K | W | | | | | |
| 32. Legg Mason Wood Walker IRA (Legg Mason Value Trust) | A | Interest | J | T | | | | | |
| 33. ▇▇▇▇▇▇ Rental Prop | A | Rent | L | Q | | | | | |
| 34. First National Bank of St. Mary's-Lexington Park, MD | | None | J | T | | | | | |
| 35. Montgomery County, MD; Rental Property | C | Rent | M | W | | | | | |
| 36. Legg Mason General Account (same as #37 through #63) | | | | | ---- | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Legg Mason-Emerging Markets Turst | A | Dividend | K | T | | | | | |
| 38. Legg Mason Value Trust | A | Dividend | L | T | | | | | |
| 39. Calvert Capital Accum. Fd Cl A | A | Dividend | K | T | | | | | |
| 40. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 41. Washington Mutual Inv. Fund | | | | | Buy | 4/1 | J | | |
| 42. Washington Mutual Inv. Fund | | | | | Buy | 6/24 | J | | |
| 43. Washington Mutual Inv. Fund | | | | | Buy | 9/23 | J | | |
| 44. Washington Mutual Inv. Fund | | | | | Buy | 12/23 | J | | |
| 45. Thornburg Income Trust (Intermediate Municipal Fund - Cl A) | A | Dividend | L | T | | | | | |
| 46. Thornburg Income Trust | | | | | Buy | 1/3 | J | | |
| 47. Thornburg Income Trust | | | | | Buy | 2/4 | J | | |
| 48. Thornburg Income Trust | | | | | Buy | 3/4 | J | | |
| 49. Thornburg Income Trust | | | | | Sell | 3/24 | K | A | |
| 50. Thornburg Income Trust | | | | | Buy | 4/2 | J | | |
| 51. Thornburg Income Trust | | | | | Buy | 5/2 | J | | |
| 52. Thornburg Income Trust | | | | | Buy | 6/3 | J | | |
| 53. Thornburg Income Trust | | | | | Buy | 7/2 | J | | |
| 54. Thornburg Income Trust | | | | | Buy | 8/4 | J | | |



1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Thornburg Income Trust | | | | | Buy | 9/3 | J | | |
| 56. Thornburg Income Trust | | | | | Buy | 10/2 | J | | |
| 57. Thornburg Income Trust | | | | | Buy | 11/4 | J | | |
| 58. Thornburg Income Trust | | | | | Buy | 12/2 | J | | |
| 59. Legg Mason Opp. Trust | A | Dividend | K | T | | | | | |
| 60. Legg Mason Opp. Trust | | | | | Buy | 6/6 | J | | |
| 61. Legg Mason Opp. Trust | | | | | Buy | 12/19 | J | | |
| 62. New Perspective Fund | A | Dividend | K | T | | | | | |
| 63. New Perspective Fund | | | | | Buy | 12/22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Messitte, Peter J | 5/3/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

#42- #44: Legg Mason Spec. Inv. Trust was shown at #42 to #44 of report for 2002, with "Partial Sale" at #44. The latter should have been "Sold All" because this asset was not in account as of 1/1/03. The gain code was "A".

#35: This was #69 in 2002 report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Messitte, Peter J | 5/3/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮                    Date    5/3/c4

NOTE: ANY I▮▮▮▮▮▮▮ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544